UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DALLAS RAY DELAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15CV878 JCH |
| GEORGE A. LOMBARDI, et al., | ) ) ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The manner in which the Clerk docketed the complaint and its exhibits makes the complaint difficult to review. The complaint is interspersed with exhibits and is non-linear. As a result, the Court will direct the Clerk to properly docket the complaint and exhibits. The complaint includes pages 1 through 7 and 34 through 43. It should be docketed in the following sequence: pages 1 through 7, pages 35 through 43, page 34. All of the other documents should be filed as exhibits. Page 8 is a list of the exhibits.

**IT IS HEREBY ORDERED** that the Clerk is directed to docket the complaint and its exhibits in the manner stated above.

Dated this 9th day of June, 2015.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE